*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided October 3, 2008

## STATE OF CONNECTICUT *v.* ROSS V.

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 1 (AC 28251), is denied.

*Joseph A. Jaumann*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided October 3, 2008

## SARA NIEVES *v.* MIDSTATE MEDICAL CENTER

The defendant's petition for certification for appeal from the Appellate Court (AC 29797) is denied.

*Michael G. Rigg*, in support of the petition.

Decided October 3, 2008

## STATE OF CONNECTICUT *v.* TROY D. SULSER

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 852 (AC 28707), is denied.

*Lauren Weisfeld*, senior assistant public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided October 8, 2008